### FINCANNON v. STATE.
### No. 24175.

Court of Criminal Appeals of Texas.
Nov. 24, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for unlawfully transporting whisky in a dry area. The penalty assessed is a fine of $100 and confinement in the county jail for a period of 30 days.

The record is before this court without a statement of facts and bills of exception. All matters of procedure appear regular.

The judgment is affirmed.